INT HUEN ITSETDA TDEISS TRCIOCUTR T 
 FORT HEE ASTEDRNI STRIVCITR GOIFN IA 
 RichmDoinvdi sion 
A.P.aGni .nf,a nt, 
byh imso tahnendre frxite nd, 
BRITTMA.NJ YO NES, 
Plaintiff, 
 CivNio3l.: 2122c( vDlJ N) 
v. 
FISHER-IPNRCeI.atC,l. E ,, 
Defendants. 
 MEMORANODPUIMN ION 
Thmiast ctoemrbe esfo trhCeeo uornPt l aiAnmteinfUdrnesod p pMoostetidSoo e na l 
theP laiUnntoipfprMosos tefoidroA np proofSv eatlt laenRmdee lne(taE sCNeFo1 .0 9 
("MottSoie oanl "))t,hC eom utorsovte ia annulg n redcaocpotyfPe lda iUnntoiptrpso sed 
MotfoiroA np proofSv eatlt laenRmdee lneta sNeo1 .0( (8E" CMFo fotrAi popnr oval")). 
Defenddaonn oottps p eoistemh oetriP olna.ifi nltteihdMffe o ttiSooe noa nJl u 1n4e2, 0 2a3n,d 
thsee vetni-pmdeear yfoi rfio ldi an gr esoproo bnjseheca tpsia osnws ientdoh,r e spnoonrs es 
objeficltieAodcn.cs o rdpiunrgstluLoyao ,ncC tai lvR iul5l (eC t)hM,eo ttiSooe nsa tla nds 
unoppaonrsdie fopdrte h Ceo urrte'vsiA etiw s.si wushe e tcheertmrao inne steatrtyl ement 
teromtfsh p iesr sionnjcaualris yne v oalm viinpnolgra iwnhtiriceffhq, u jiurdeiaspc piraolv al 
purstuVoaa Cn.ot §d 8 e.01m-4u2sr4te, m uanidnse eraF lot.rh r ee assoefontrs tb he ltohwe, 
CouDrEtN IPElSa isMn ottitifSoore n a l. 
 BACKGROAUNNDPD R OCEDURAL POSTURE 
Thmiast atreifrrso emas ni ncitdhoeacntct u orrnMe ad1y 2 2,0 1w9h,eP nl aianltlieffg es 
thmaitn cohriA l.dPi .nGc.u srurffeodc atiionnj-uwrrheiealennUas lt treadD- aL&yiN tiePt lea y 
PlYaayr( dt" hPelY aayr cdo"l)l anadpc saeudAs .ePdt. faoGl .frl o mt hPel Yaayr sdl'ese per 
attachimntethnomet e sh-ebnoctlto(osMmeo.dtfo irAo pnp rao1tv. aD)le fendFanitssh er­
PriIcneMc,a. t,It neWcla.,l, - MarUtS.ALc,Lo CmW, a l-AMsarts ocIinaactn.Wed,as l,- Mart 
StoEraesLstP d,,e velmoaprekaden,td es/doot lrhdP e l Yaayra idts s(uIedP.)l aianltlieffg ed 

throutghpheeo nudtoe thfni clsyi titghaDatetife onndr aenmtlasii anpb ulrest,uvo aa nrti ous 
theoorlfi ieasbi inlcilttuyhdt,aih ptner g o dcuocntta ad iensedideg fenfoc rtA ,. P.iGn'jsu ries. 
(IdD)e fendmanatisnt thataihptner odnuecictto hnetraa nidyne efendco ctra uAs.ePd. G.'s 
inju(rIide)s . 
OnM a2y5 2,0 2t3hp,ea ratgiretessoe e dtt thmliaest fotraem ro nestuaryam n d 
additteirmoosnsf ae lt tlaessme foetrn ithttn ,h M ee moraonUfd nudme rsRteagnarddiinngg 
Settl(Iedm.Oe)nJn ut8.n2, e0 2P3l,a ifinltPeildffa iUnntoipfpfMosos tetidSoo e nta hle 
PlaiUnntoipfpfMosos tefoidroA np prooSfve atlt laenRmdee lnet(a EsCNeFo,1 . 0 0m)o,v ing 
thCeo utrsote i ainlt e sn tiretMyo tPfoilroaA nip nptrioPfvlfaaslia .nl fitslioaeff c d o mpletely 
redaMcottefoidroA np pro(vEaCNlFo.9 . 8 O.n)J u9n2,e0 2t3hC,eo ugrrta nted Plaint

MottiSooe nal( ,E CNFo1 .0 5s)e,ai linit ensng t iPrleatiMyno ttifoifrofA nsp proTvhsaeal m.e 
datyh,Ce o uarltss coh eadF uilnSeaedlt tlAepmperHnoetvar aifolnr Ag u g1u5s2,t0 2(3E.C F 
No1.0 4U)p.ofu nr thero ftrh peelv eiaeadwni tdnhM geos t foiroA np prfiolvueandld s eera l, 
thCeo umrotd iifitJesud 9n 2,e0 2O3r doerrd,eP rlianitgnfio tl aier ff e daMcottefoidro n 
Apprroevdaalsc,ot linenelgcy e scsoarnyfi,di ennfotrimaa(ltE iCNoFo1n .0. 5 T.hC)eo uarlts o 
temposreaartlihMeleody t foiroA np pruonvJtauiln1l e4 2 ,0 2b3yw, h itcihtm hepe a rwteirees 
requtisoru ebndme imwto titosone sa( lE.CN Fo1 .0 6.) 
OnJ un1e42 ,0 2P3l,a intihffeM ror tefoi-roAfi npl perd(o EvCaNFlo1 ,.0 8r)e,d acting 
thrneuem b{elrt)sht :eo steatlt laemmoeu(nn2ttt)ha ; en ticdiipsabtueradsm eomfouernn tt 
mincohriA l.dP .aGn(.d3t; )h a en ticaimpoaoutafnet tdt oferneeasyds,'e st ermbiyan ed 
perceontfth taeog rteea clo Avleolryt .ha esrp oetfch tMeso tfoiroA np prroevmaalui nn­ed 
seaalneoddp ettnoh peu blIicnco .n juPnlcatiifinoltanei,ndAff m enMdoetdti Sooe na( lE,C F 
No1.0 9a)nP,dl aiNnottioifFfcfi esl oifMn ogt tiSooe nCa oln fidDeonctuimaaelnn dt s 

Exhi(bEiCNtFos1 .,1 0N)oo. b jecotrrei sopniosonn p speossw ietrfiielo ebndyD , e fendnaonrt 
anoyt hpearr tTihmeeas t.nt oeswrt arnidfopsrre e view. 
 STANDAORFRD E VIEW 
Thpeu bhlaaisr c i ogafhc tc tejosu sd rieccitoahlrda detsr friovmte hsFe i Armsetn dment 
antdhc eo mmloanwV .aD .e 'pot /StPaoltvieW.c a esP ho.s3 t8F,6. 536d57 7,(5 4 Ctih2r 0.0 4) 
(ciSttiovnnU.gen iovMf.d M edS.yC so.r 8p5.F5,. 127d18 8,(2 4 Ctih1r 9.8 (8a)c knowledgi
thatthr ei dgehrtfri ovmte wsio n depseonudreNcnietxs vo)W.n)a ;rn eCro m'mncIs n.4c,3. 5, 
U.5S8.59 9,(7 1 9(7r8e)c otghnceio zmimlnoagnrw i g"h[tD)].o cruemveinietnws e d 
connewcitatmi hoo tnfoi roc no uarptp rooafvs aelt tlceomnes'ntjtiu tduritececi oarWldh si.t"e' 

vB.onn2e0r1W,0L4 625a7*t7l (0 E,. DN.oNv4..2,C 0 .1 (0a)p prliygiohnaftgc s ct etosh se 
parmtoitetissoo'e n aa s le ttlaegmreeneitmanw e rnotn dgefaautclht iTohnri)is.cg rhetaa tes 
stropnrge sutmhpcatotiud orontc umaenpndrt osc ereedgiancrgodsui rntg- saeptptrloevmeedn ts
remaaviani folrpa ubblileni scp eSceItenir Koenn i.Pg uh'btg7/ 4, 3F . 22d3 213,(44 t Chi r. 
198(4d)i sctuh"sess tirnogn g opfor peesnnuemsspeaste"li K)soS;onv. A. m bassador 
PrograImn2sc,0. 1W,0L 3 565a4*t82 (1 E,.V DaS..e p3t2,.0 1(0")W hthiirlsie ig nsho tt 
absoclouuthreaetu,v s n ifoermmlpyh atshisazetea dsl hionbugetl hdre e lartaiervxeec leyp tion, 
notthc eo mmporna ct(icciSett.io"n8n)g5eF 5,. a21td8 2T)h.ud si,s ctoruimrcuttsss ta tisfy 
proceadnsudur baslt raenqtuiivrbeee mfooerrnedt etsrh sieen agol jfiu ndgri eccioarld s. 
"[B]aed foirsect orumiractyt asnecyao lud rotc um.e.in.mtt u ss(,t1p )r ovniodtoeif c e 
ther eqtusoee saatnl ad l low ipnatraetr rieeeassst ooenpdap bolrtetoo ub nji(e)t2cc yto ,n sider 
ledsrsa aslttiecrn tasote iavtlehidseno gc umaenn(dt3p s)r, o vsipdeecr iefiacsa nofadnc st ual 
findisnugpsp oirtdtsei cnitgsso ie toahnlde o cumaenfondrtr se jetchateli tnegrn atives." 
AshcvrC.ao ftn oIcnoc2,.1F ,83. d2 8380,(24 Ctih2r 00.0.) O nctehp ea ratnitdeh Cseo uhratv e 

mestu pcrho ceduralc oruterumqtt uswoi h reettmhheceenor tm sml,oa now tr h Fei rst 
Amendmreinogtfah' ctsc ess applies. 
 Whibloett hhFe i rst Aamnetdnhc deom memnlotane w s taabr liiogsafhhct c tehses , 
diffesroeunortcff eeavsr a rylienvogfep lr otetch"teci oomnlm:ao dwno neosaft fo radsm uch 
substparnottitevtoceh ti ein otneo rtfeh psert eassn tsdh p eu balsdi octe hsFe i Amresntd ment." 
RushfNoerYwdo vr.Mke arg I.n,8c 4.F6,. 22d42 95,(34 Ctih1r 9.8 T8h)ce.o mmloanw 
presuomfap ctcimeoasnbys eo verictfoh mpeea rptryi'visan ctye resttshp eu obultiwce igh 
intieanrc ecssetes Sest ,o8 n5e5, aF1t.8 ,2w0 dh ertehFaeis r st Amendmoefn t presu
accmeasbyse oveornbclyoya" m ceo mpgeolvleirnmniegnn tt.e .rn.ea srtrt oawilltyoo r ed 

sertvhiean tt eRruessht8f.4o"F6r . da2,t2d 5 (3a pptlhymeio nrrgei goFrioArumsset n dment 
analyTshiusis)afd,. o cusmheonbutesl eda ulnedtdeh Frei Amresntd meiintust n ,n ecfoers sary 
coutraotl ses nog iatngh ece o mmloanbw a latnecSsietnMe.gG .eMxr eMl.a bveK. e urig 
GreMeonu ntIanic2n.02,,2 WL 5651a77*t,02 ( M.D.ONc7.t,C2. .0 2 2()d etetrhmtaihtne i ng 
coudrintdon te tedode ctihdreie og afhc tc essb escoatuuhdrseoce ce u smheonbutesl eda led 
undteh"rem osrter iFnigAremsnettn drmieognafht ct c "e)s.s 
Inw eigthhipena gri tnyt'esir snee satlsi ntgh peau gbaldiiuncsas'oltsu r ricogefh t 
accceosussr,ht oscu olnds (i1d")ew rh:et thrheee crao rrsedo sufo grhi tm prpouprepro( )s2 es," 
"whertheelrwe oauselenhd a ntchpeeu bluincd'esr sotafa nin mdpionhrgit satneotvr e"ian cntadl 
(3")whetthpheue brhl aiascl rheaaaddc yc tetosh isen formcaotnitoiantni h nreee dc oSredes." 
InrK en ight7 4PF3u. ba2/2td'3 (g5c, o nstihdefaescretiw onhrgis el neg agtihcneog m mionn 
labwa latnecsMiten)agv;r A. st S/eA..i rlin2e0s1W,4L 5 0I1n8ca9.*t0,3 (7 E,. DO.cN7t.,.C . 
201(4u)st ihnegs et cofao cntsotirhFdseie Arrms netd merinogtfah c tc eAsdsd)i.t icoonuarltlsy ,

shocuolnds wihdeetarhc ethrua arwlmi r lelsfr uolmdt i sclSoeDseou verP. eu .bC .it i7z4e9n , 
F.234d26 7,(0 4 Ctih2r 0.1 (4h)o ltdh"iauntng s ubsotrsa pnetciucalltaaetoidihfm var sem d "o 
nootu twethiegr hi gohfatc sc eWsistt)hh. ep srei nicmnii pnltdehC,seo urtturn sn totowh e 
sealingp rqeusieetsnnht tciieasods n e . 
 ANALYSIS 
Firtshtteh, r epsrhoocledrd,eu qruailrfo ersm eeanhltaisbvn eegse ant ihsefireed. 
PurstuLoa oncCtai lvR iul5l (eC P)l,a ifinltPeildffa iNnottioifFfcfi esl oiMfno gt tiSooe na l 
ConfideDnotciuamlae nnEdtx sh iabcictosm,p tahMneoy titinSooge n a (lE.CN Fo1 .1 (1t he 
"NotiTcheNe"o )tl.ia)coi euda t lr le quiinrfoerdman adtt ihroeen q uirfoerom bejnetcostr i ons 
pleaidni nsgusAp dpdoirttiR.ou n5la(elsC lt)ya t,th" eaastpn eyr osbojne tctoth mieon tgi on 

musfitla eno bjewcitttihhCoe ln e wrikts heiv(ne7 dn)a ayftste hrfie l ionftg hm eo ttisooe na l 
antdh ianftoo bjeicfistl ieoadnt iimnme alnynt ehCreo, um ratty r tehameto taiso n 
uncontLeoscCtaielRvd .5.. ( "C T)h.Ce o urretc enioov bejde catnsidho tranelstal ht me o tion 
asu ncontested. 
AdditionatlRolu y5l,(e aC pn)Fud or usCruitarhncc tau lsiaetcw o,u mrutscsto nsider 
ledsrsa aslttiecrn tagotr iavnaemt soi tntigsoo e naE l.A.gs .h,c 2r1aF8ft. ,a3 3td0 2H.e re, 
Plaisnetetikhrffsee daoctfth irfioegneu rtehtseo: st eatlt laemmoeuAnn.GttP'. ,.as n ticipated
disburasmeomuaennPntdlt a iantttioff'fernsee r yesq'uA er setq.fou res sutlc ihm rietdeadc tion 
alrseaatdiyts hCfieoe usrr te'qsu iroefcm oennstilsde edsrrsia mnsegta itnchs sa ena tlhien g 
entdiorceu mSeeLneot c.Ca ilRv .5. ( (C")A nsyeoenkteio n agfid loec uomoret nhmtea rt erial 
undseemrau lsm ta kage o ofadie tffho trrote doarsce toa nlal msyu cahsn ecetsposr aortye ct 
legiitnitmeaBrtleeas nstkesea.otl fe i nntgbi rrideeo fcsu,mo eornt thpsea,rp i ersrar se ly 
appropArsis autctehhC.,eo" urtn) o.t wu rntswo e igthhipenar gt iinetse'ir pner sitavsga aicnys t 
thpeu brliiogcfah tc cess. 

1. IntaetIr sessutes 
Thceo mmloanpw r esuomafpc tcimeoasnbys eo verictfoh mpeea rtpyr'isiv natceyr ests
outwtehieg hip nutbielanric eccs setes Sest ,o8 n5eF5,. a21td8 w0h,e rtehFaeis Ar msetn dment 
presuomfap ctcimeoasnbys eo verocnoblmyyae" compgeolvleirnmniegnn tt.e .rn.earr sotw ly 
tailtsooer retvdhie an tt eRruessht8f.4o"F6r . da2,t2d 5 I3dn.e termwihneitanmh goe trti oo n 
sesahlo buegl rda nact oeudmr,ut sfi trd sett etrmhipenr ei ivnatceyar ites ssatunwsedh ether 
thoeuyt wtehipegu hbi lnitcie anrc ecsuetns dste,hcr eo mmloanow rw, h etthheaerry e 
compealnnldai rnrgto awillayon crdae ondv ertchopemr ee suomfap ctciueonsnds te,hFr ei rst 
Amendment. 

Plaianrtgtiuhffesa set a plrionavgpe psr ofoprtr wiroae taesF oinrtssh."ta ak,t e nyo n­
monetteaforrrmty h see ttlweafomsret nhstee ttleammeontubton e tc onfid"ea nnttdhi aatl 
courtrse cotghnieim zpeo rotfea nnfocrecc oinnfigd entialMiotyt tipSoore naoa 1tvl- i 2s.i ons.
SecoPnlda,i ntitffht arhsteee q tutelasemtmoseu nnttc ornefimdateiponnr t oimtaielncc othr i ld 
A.Pfr.oGmp. u bdliiscc tlhocasotuue rlxedp Ao.sPet. fioGn .a nfrcaiuadlsT theCero sufi.rn td s 
thPalta icnantnmioefftee ti tbhuerrdd eenst,ph iwete ei gihnttyea rte ssttsa ke. 
 A. Confidentiality 
Addreesasicitnhnurn gt, h Ceo ufirrtns ottt ehcsao tu hratwvsee l l-estthaabtl ished
partiaegsr'e eomcfeo nntfisd e"n[taairnaie ln]is tuyffir ceiaetsnsoote nj a uld irceicaolr ds." 
MG.M2,0 W2L26 71055a7*t,2 ( colclaescbetunsito,n t gti hncagot n fidernetmia"aialnnis t y 
approfapcrttio a cteo" n)Ws.hi idleer Palragiunsmtteiantfntrf'dt usshec a otu rretcso agnndi ze 
enfocrocnefi dentiaolsfie ttyt lapegrmroeevneiatmsas emi naottnostspf e u rb ploilcti hciys, 
argummuesfantlti l tn h faec oefs tatmuatnodrcaiotluaeyrpd tp roofsvu ascleh t tlfoerm ents, 
sevreerasaolFn isr.sg te,n returhilaefanel v oorsf e totuloticf no gud rote ss unfofitc iently 

outwtehpieug hb liinct'iesjnr ue dsiatcc cieaK.slMs ,2. 00 W1 L3 65514a,8*t (c3 i tBiannogkf 
AmN.a t'/& S TarAvus.ss t'H no tRvei.ltt enAhsosuo8sc0e0Fs ..d32, 3 394,4( 3Cdi 1r9.68 ) 
(holtdhtiahnitegn tiecnro ensfitd seentttilageelmn eendrtoanselo solt uy twtheeip guhb lic­
accienstsre ergeasrtd inagp pjrusodevittecldie amSleelncyto" sn[])dse),tt. l aegmreenet.m .e.n ts 
don ogte nebreacloplmayoer ft th peu brleiccbo ercdat uhdseoeny o otr dirneaqrjuiuildryie c ial 
considehroawteitvohecnira[s,"s, ie]n "v aom livnpeolsra iannttdhil ffea, ow tfsh e 
CommonwoefVa ilrtgrhie nqituahip arater steijeeuksd iacpiparilosn ve atlat nlcyia nsge 
invoalm viinnogIr d[(..c ]iV"ta Ci.on §dg8 e .0214-T)4h.ut shr,ee leovfaac nocnefi dentiali
provdiismiionnwi hselhnie,hks ee,rt ehp,ea rtiheasv emt uetsrohtmfte s hs ee ttlaepmpernotv ed 

in coopurtea nng di nvoet oifsc uetc ehr tmtosh p eu btlloie car voeofo mro bjecAntdi,o ns. 
lasRtullye,e xSp(lCsi)tc aithtta"elt[s ya ]groetfeh pmeae rnttthia ade tos c u.m.es.nh tob uel d 
filuendd seeoratr lh dee sigonf.a. mt.ai toenar csio anlfi d.e.ni.nst o ibtayi,l t sseulfffi,c ient 
justifofirac laltoiawod inon cgu. m.et.nbo te fi luendd seeraL lo.cC"ai lRv ..5 (C). 
Thutsha,es sumopfct oinofind eontfte iroamfalss ie ttyt ldeonmeoesatn p tpt ltoyh e 
insctaaswneht,i r cehq ujiurdeiascp iparulon vd§ae8 lr. 0214a-,n4t dhC eo ufirntdt sht ahte 
settlemencto nafigdreepnertmoievanailtlsi'oditsnooy enen os ct o nsatc iotmupteel ling 
governmiennttue nrdeteshFrtei Armsetn dnmoearsn utffi ciinetntetoor u etswtte hieg hc ommon 
larwi ogafh ctc ess. 
 B. A.P.G.'s Privacy 
Plaintiffst hspeer ciovnadco ymfi inrntcioehgrriAh el.tsdPst .w ,Ge .im,go hrh ee avily 
ifanv oorsf eaploirntgoi ftoh nes MtoAotp iporbnou vstet d,ion l olst u fficoiuetnwttelhiyeg h 

publriicog'fahsc t c uensdsee,ir ts hoeuorrrf ci eg ht. 
ThSeu prCeomuhera htse tlhd"a sta fegutahprehd yisnaignpc dsa ylc howleolgli­cal 
beionfamg i ncoorn"s taci otmupteeslstl iaintntege G rleoNsbetew. s pCaovp.S.e u rp eCrti.o,r 
45U7. 1S6,.( 198A6nc)do. u rretpse aatdeoadpnaltdpy p rluylt eh"sar te afls etcrtpo unbgl ic 
polfaivcoyrth iesn pge pcrioatloe mfci tniaoonrntds h periirwv haecsyre en saintpdio vses ibly 
stigmmaattiatzreicerno sgn ceWrneebds.Gt"re orSv ceDhsi. sv Pt.u. l iPtuzbeClro'8 .g9,.F8 . 2d 
137113,7( 58C tih1r 9.9 (0h)o ltdhiamntig n ao" rp'rsii vnatcaeynrt dehs sett a itnet'iesnr est 
protmeicntoirnsg pfruobdmli istcsh eem oifhnu artitfuinlofo nrm aotuitowne"bi ogrthiheg dh ts 
oaf ccess). 
Whehna ndmloitnitgoso ne isan lv omlivniocnrogsu h,ra t"vshe e tlhmdai tn oprrsi'v acy 

inteirmnee sdtiascnfi adnl a nicnifoarlm astuifoficnoi"ue tnwttelhi"yegc ho mlmaorwni ogfh t 
acceSseMsee. a"2r 0s1W,4L 5 018a9*t03 (7 c,o llectFioenrxg a mcapsa lesete,ts l)e.m ent 
amomuanbytes ealedt hbaeem coau"unistme pt lhrieee lsa tivaen ds eevxdepurericatytt eido n" 
otfh mei noirn'jsuw rhiimecashly, e ta"odp urbildiiaccn eudml bea rraostfsh mmeei nntoI rd." 
a*t2 A.d ditidoinsaclollfaosy se,ut rtela emmoemunan"tyte xptohmseie n tosorc aamr tists, 
financiala nopdtr hefredarau tdosMrtaseb,r2e s0,.2W "2L 6 170a5*t53 s7;e,a e l Wseob vb. 
Murphy-LBLrC2o,0w 2n1,1 3W4L2 a5*t22 (3 E,. DA.pNr.9iC2,l.0 2(1d)i sctlhoes ing 
finanicnifaolrm oafmt iinomonar eysx ptohsceeh itlo"d s crauastr iensoyutf lh iten formation 
beirnegl eaCsoeudar"ltc)sso.o n stih"danetar m tihpneag r .e.onftt. h ceh iwlodus ltdi ll 
inevliettaaiodbd leyn tiofitfch caeht iiMloPdn.v. S ."c hw8a5rF3tS. zu ,p1 p6.14 6,(8 D M.d . 
1994); Webb, 2021 WL 1342523, at *2 (noting that when “parents are also plaintiffs in the case . 

. . use of the minor’s initials does not provide adequate protection for their identity and 
confidential financial information”). 
 However, unlike other cases where there is a risk that the child “may be stigmatized and 
humiliated if the sensitive information in the record is made public,” Webster Groves, 898 F.2d 
at 1377, no similar risk presents here. Plaintiff merely seeks to redact the monetary terms of the 
settlement. Courts in this district have held, in relation to settlement approval hearings pursuant 
to § 8.01424, that when a minor continues to be referred to only by his or her initials, the child’s 
“identity will remain confidential . . . and revealing the dollar amounts that [the minor] is to 
receive will not affect [his or] her level of public exposure.”! K.S., 2010 WL 3565481, at *3. 
This continues even in the face of naming of a parent as a next friend, as here. Furthermore, 
A.P.G.’s mother’s name appeared on the face of the Complaint and every subsequent pleading, 
thus providing no new incentive for sealing at the settlement stage. And, unlike other cases 
where the extent of a minor child’s injuries have been sealed throughout the proceedings, the 
Complaint, (ECF No. 1-2), lays out the extent of A.P.G.’s injuries and makes a very substantial 
monetary demand. Therefore, the settlement amount does not “impl[y] the relative severity and 
expected duration,” Mears, 2014 WL 5018907, at *2, of A.P.G.’s injuries as the Complaint 
already laid them bare. 
 Moreover, while the public has no general right to know the potential financial windfall 
that A.P.G. may receive as a result of the settlement, “‘the potential for use of the information for 

 But see Jeter Estate of Patterson v. Correct Care Sols., LLC, 2020 WL 13551437, at *3 
(M.D.N.C. July 16, 2020) (“The sealing of the limited portion [relating to the monetary terms] of 
the [Settlement] Agreement will protect the privacy of the minors receiving payments, and their 
privacy interest outweighs the public’s interest in learning the minors’ identities and financial 
information.”).

ani mprpouprpeor"Is nre eK, niPguh'btg7! , 4F 32. da 2t3 d5o,ne osat p pteboae pr r edsueteno t 
thset ruoctft hsueer tet lteemremAns.t Pa '.ndsGdi . s burasmeombueenntit n g pal aced in
spenceieatdlrs uM sott.foi roAn p prao2tv- a3Tl.h utshr,ei o s"fk s caarmt fiinsatnsc,i al 
predaantodot rhfrsea,ru d"sa tpeprepsaurrssep leyc uMlaabt2ei0,v2W e2L.6 170a5*t53 7., 

AdditiVoinragcliolnuhyira,athv see tl hdua ntd,Ve irr gliancwio,au c ratnnsso etfra olm 
thpeu brleiccno orrrde sdt aecrotmaf sn i nfsaenttt lwehmirecenhqt ua iprperuson vd§ae8 l0r. 1 -
424B.rovwT.na sh2m0a2Wn0L,8 835a0*t41 (5 V,Ca i.Cr tA..p r2i12l,0 2W0h)i.tl hei s
Couratp pfeldieeprsra olc eldauuwnr daEelrrR i .eCR o.v T.o mpk3i0Un4.s 6S,4.( 19t3h8e) , 
stcaotuerr eta'ssso tnpiirlnolgiv nesst rAuncatliovtgewoi.r z oinndggefu aslte ht tlwehmiecnht s, 
alrseoq aupiprreao nvcdaa lnnb oert e dascesteue pdtr,hBa er, o Cwonu forutnt dhs aitnm cien or 
plaisnettitfflr eemqeunitrsea ttah dpeip srcoorvtfea htjleiu odtngh ete,oym o u srte main 
unseaelveiedcfn,o nduucntdceeodrn fidmeendtiiaa2tl0i 2Wo0Ln8 .8 35a0*t42 5-4,F. i nally, 
thceo uhrettlh daa bts sepnetcs itfiacta uuttohroayr" iptayr toicrco unlcoarehfirna z remdt[ h,e] " 
recmoursrdtes m oapien"n Ri:s okdfsa ma'gseti atnth aeebd s tarriaenc stu'ffi tcjoiu esntti fy 

seaalr iencgoI rdad *t.4 "L. i hkeer" lePa,i rnatiiasgff ee dn ceornaclte htrnah cteh ialnhddi s 
familbyet caorbugyfile ndta ncialT hsihcsoa,wm emivetserh srseo,.o r aft b strriasckt 
disappr.o.Av.de ddi t[itoohf]nei anrsloec l rye,dp iabrltei,ce uvliadoreftin hzcceehe di ld's 
mediccoanld[ iittnhis eoe nt tlneemceentsjtosu] as ratcy io fym psleealtoieftn hgse e ttlement 
termIdsT .h"ub so,fet dhe arnasdlt caotuerr etqsmu oirtrehea a g ne nerianltiezreeds t, 
untethfreormae npdya rticruiltsaookrv ,ie zrtechdohe me eap vrye suomofpp teinnoaennst dso 
girviets aoen arrtoawillcyoo rmepdeg,lo lvienrnmgie nntte rest. 
Isno fi nditnhCgeo, ud rotne osdt i smtihpsers i cvoacnyco efArn .sP a.nGhd.ip sa rents 
nodro ieatst tetdmoip mti tnhwiees ihg ihnttyeo rtfeh psert isav nardci ygo hjftu sv ewnhiol es 
musatp piecnao ru Hrotw.e tvheeerp ,h emreirpsaoklssi e nPd l aiMnottipiffroson v e 
insuffitcroie eqnsutei aroletfi h nsege ttlteemrDemensst.pt ihthtieesC ,o ucrhta'trsog e 
apprtohsvieest tlpeumrestnuVotaa ,Cn. ot §d e80.1-442s,h ouldt hpaeus bsalunitrdche e 
partthiAae.tsP ' .bsGe .is ntt sehrdaerlsiltt v hCeeo uarnta'sla ynasdpi psr oothfve sa elt tlement 

agreeTmheCeno tua.rl tns oott ehtsah Stee ttlAepmperHnoetva arlai rsne gq,ub iyVr ierdg inia 
stawtiublteole p ,et tnoh peu bfluircut,nh deerrm tihneeif nfigco afPc lya irnetqitufoef sst 
maintthcaeoi nnfi deontfth sieea tltilfitegymu ernets . 
 C. Commonwealth's Lien 
 Permhoasiptms p ortthaCeno tualrlytes, mo p hatshipazater ostu iteosstfi h dlieis t igation
posass etsaisktn eh s ee ttlaegmreeneatmni edtpn srt o cTeheudtsshp,.eu bhloilmcdo srt eh an 
juasg te n"eirnatlie knrn eoswwtih negto hrne otrthC eo uhraatsp propprrioatthteeec ltye d 
inteortfeh mseit nsio enrv alutahsteei ttnlge SmeeMenG t..M2",0 22 W6L1 70a5*t53 7 , 
(notthigene gn peurbaillni tcue nrdeteshcrteo rresNpoorCntadhri onllgaai wpn par oving 

juvesneitltel eAmt eeonrmttf hs se)e .tt leamgernetea mlelno"tc$6 a94t9,e3s.fo 6rt9 hV ei rginia 
DepartmoeMfne td iAcsasli s[t(a"nDcMeiA snSa "t)i]s ofaifct ststi Maoetnde i lciaeind. " 
MotfoiroA np prao2tv. Da MlA oSr igcilnaaiallm lieyoed $fn 31 8,3fo0rs2 e.r6v5pi rcoevsi ded 
tAo. Pa.asGr .e soutfl hiten jsuurys toanMi any1e 2d2, 0 1I9da. 3t . T hVei rgOifnfioicfae 
thAet toGrneenye ratlco o amgprretoehmldeii a seasenc ondoisfte itotnl Iedam.3te . n t. 
 GenetrhaAelt ltyoG,rne enyce arenax le rtchrieis tgecoh o tm praoC moimsmeo nwealth'
liaenndd i sppuutrest,uVo aa Cn.ot §d e2 .2-H5o1w4e.uv nelraip, ke ed esptrriivaant e 
settltehamese snutm,op ffut lciloo nnfi dednotneiosaat ttl aitctsohyu ccohm pro"mNios es: 
settl..es.mh eabnelmt la dseu btjaoec cotn fideangtrieaetlmhipeatrntyot h tihbei ts 
Commonwe.a.frl.ot dmhi sctlhoaesm ionougsfn ut sc eht tleexmcweehnpettsr uec h 
confidentiailisim typ obasygaec r doe uoerfcmt oe mnptje utreinstod roi tchteiiroswn i se 
requbiylr aew§d. 2 ". 2-514. Mocroeuohrvateavsrle h,s e otVl hidiar tntgh c ieon niotafe xt 
prisveatttel wehmirecenhqt jusui driec iatlhc eor nefivdiepenrwto,iv aitlshimiatyaot yn s 
othegrowvidesonrne o atp pwliyet qhu alI Pnfoe rrcreve.F.a r uelet- SLtaa6nr6cS,6e. E.2d 
3253,5(6V a2.0 0t8hV)ei, r gSiunpirCaeo muhere ttl hdja utd irceivoaisflee wt tlietnmh een ts 

wrondgefuaclto hn rteemxotav neeyxs p ecotcfao tnifiodnesnK twiaLani(lg Ji Cotyh).av n. 
Commonweexatlettnhhdli easodc cf ko nfidetnaotm ioatltiiroote nyd a ul ciceel nai mbeytd h e 
CommonwoefVa ilrtghi2 n0W1iL5a1 .3 567a7*t62 (0 V,Ca i.Cr tJ..u l2y82 ,0 1T5h)Ke.w ang 
Lic ouhrettlh dtha ept u bliinct'iesenr q eusitst eatbtlleae namdde mnitnsi ospftr roapteiro n 
judipcoiwsaehlro huol"lded v gerne foartcweehr e tnhp eu bilbsie cia nsgke evdfoe,rng ood 
reastosonu sb,sm ieddiiczcaetar anole i ndibvyifo drueagalol oilrsn ogm peo rfotria onn 
amousnpte cirfiecsaetlrolav,ynep ddr otbeylc itfoeerntd ,h C eo mmonw(eaanbldyt, h 
extetnhspeiu obnl,Iid cT )h.ut"shc ,eo udretc ltisone theaedld ocuments. 
Ana nalsoigtouuaaspt piehoaenrrA sesi . tn h wer ondgefuaclto hn ttehCxeot urm,tu st 

hearpep rapo rviesv eattteld eutmetoe h pnert e soefanm cienp olra intCioff§d.8 e0 .1V-a4.2 4. 
Addititohpnera elsolefaync ,co em proCmoimsmeodn wleiaielmntp hl'itsca axtpearsyi egrhst's 
tkon oowsf u acr he duacntiditr osen l atttohi oeov ne sreattllle menatnt dea rmm"soT.uh net 
seadloecdu mietnnh ctiassis mep lpiucbacltoienc c tehrnaasrat ett h ceo orthfe e i nterests 
protbeytc htreei dog afh ctc e'sthcsei: t idzeestniko're seae w pa tcehyofuenlt hweo rkoifn gs 
pubalgiecn. c.[i.ae ntsdh o]ep eratthigeoo nv eornmfeD note1.,4"'F 9 .d a3 t2 7(1d eclining 
seaoljfiu ndgid coicaulmi eancn atissne v oClovnisnuPgmr eordS uafceCtto ym mission 
datambaatseaerttr iiablua tnii nnfgad netat'thtos h d ee fendparnotd'uTsch Dteos ce)o .u rt 
emphatshipazuteb idln itcie anrc ecstetcos i spv riolc e"eiadsiti t anspg eswx h,et"nh e 
governmbeencto imnevsoi ltnvh leeid t iegsapteircoeinga,al "rlpdyoi sntight iaitetosl n esc ted 
officiaangldos v ernmaegnetn tcaiikelnesi tigIadt.ion." 
Hertehp,eu blriictg'kohsn t o owtf h peo sittaikboeyinn tse s l eocftfiectdih Vaeil r,g inia 
AttoGrneenyea rpaplr,oi atzcseh netishtC eho :m monwuesapeludtb fhlu intcdpo sa fo yr 

A.P.mGe.d'itrsce aalta mneddnin tdo fu tl rleyc tohvteeo rat maolup natiI dn.d oenerldoy,u ghly 
twentpye-rtocwtfeo hnt eto ctoasoltr si gcilnaaialmrlbeeyed ir negc ou$p6e9d,:4o 9f3 .69 
$318,3o0rt2 wp.oe6 r5oc,tfe h nteto steatlt lemeIncnto natmroausntt,. Plaintiff
to caml uacimhmo rseu bstantioaftl hs eep tetr-lcefoemrnetptnyeat rg 2ce Ae lntth.o ugh the
Attorney oGffiecunene droaulhb'atsasse odulrnyed a fosrco onm protmhies ing 
Commonwleiaaelsintd t hi t'dhsp,e u bhlaaisr c i tgkohn to owtf h dee ciasswi eoalntsl,h e 
potefonrgt riearalet ceortv hetarhtyee l ieroc ffitcedidea cll tisone eeTdkh .e rebfootrthehle, i en 
antdhg er e§a8 t.e0r1b-4a2c4k wderioigpfanh v oortf hpeu blriictg'aohsc t c uensdtseh re 
commloaanwn tdhF ei Armsetn dmtehneitsn;et eoruetswatensicy go hu ntervatihlaitn g i
Plaimnathyia ffv e. 

2. PartIinetse'Dr oeN sotOtsv e rcRoimgeoh fAt csc ess 
Asfo unadb oivwnee ,i gahloilthfn e gr eleivnatneitrsn eu sptopsfao rnatdg asienaslti ng 
PlaiMnottifoifrofA nsp prtohvCeao lufi,rn tdt shP alta ifnatitilooffev de rtchopemr ee sumption
ofo penanneadsc sct ejosu sd riecciuaonlrd dbesor tt hhFe i Armsetn danmdet nhcteo mmloanw . 

2 ThCeo udrotne ostt heua ntdV eaCr.o §d e8.0(1"-L6ii6fane.v n9oo rfC ommonwealth,
itpsr ogirnasmtsi,ot drue tpiaornotmsnce lnatfoisrpm e rsionnjaulCr oimemso"n)w,le iaelntsh 's 
"shbaeil nlf teaorni lyoi rfoe rpn a ymoerfne ta soantatbofelrneeeas yn 'cdso sbtussth, ba el l 
supetraoil ooltr hl eirce rnesb aytth eepd r oviostfih coihnsas ap ntodet rh erEwxipsefoenr.s es 
reasolneagfebaeallsne cd o ssthsba eld le dufrcotmte htdeo atmaolru encto vTheerC eodu.r"t 
doneosdt i stphuaatttet oferneemsyu ssa'tn s dh baelpl a ido tfoh tueot st eatlt laemmoeunntt , 
butths et adrikff eirPnel naciean tttiofffernsee r yesq'au meosautnn tdthC eo mmonwealth's
comprolmiaiemsnoe uednm tp hatshnieez foeerdsp ubolviecr sight. 
Ono nsei Pdlea,i anrtgtiuhffteash ct eo nfideonpft riiasvleaitttyte l aelmoweningttt hhpse r ivacy 
inteorAfe .sPt.sG . souuftfiwtcehiipeegu nhbit lnlitycoe afrc ecsetOs nts ho.et hseirtd hee, 
commloaanwn Fdi Armsetn drmiegnohtaft cscp ersessa he inhgturhsd wlhei,hc ehi gdhutee ns 
ttoh mea ndajtuodriaycp iparolotf v hsaeel t tlaentmdhp eern ets oefanc coem promised 
CommonwleiaeAlngt.ah i'nCs,o uatrchtke n owtlhreeodt lgheeca sot n fidepnltaiiynas l ity 

prisveatttel aentmdhe panuttb spl oilcfai vcoyor ust -osfe-tctoluberumthttee nsgtees n,e ralized
intedroe gsnitorvstie t s aoec ompeglolvienrnmgie nntten roderots htoe,vy e rtchopemu eb lic 
intieanrc ecseStsi sm.iw lhairpllreyo ,t oefacm tiinoconhr ic lldec aornlsyta ci otmupteelsl ing 
intiegnre ensetr ald,o nePosslt ua ffiicnitdeienffmt olnyasc troantchera ermtt hewa itarl ils e 
shotuhlCedo udretc tlsoie ntaehlM e o tfoiroA np proIvnca oln.tt rhCaeos utro,tb 'lsi gation 
undVeaCr.o §d8 e.01t--eo4n 2s4Au .rPe. bGe.is'ntst etrhteeas xtpsas,yt eairkon'ev s e rosfi ght 
theelieroc ftfiecdi alsl icreoenm gparroadmnitidnhsh geee sap vrye suomfopp teinoannle ls s 
dictathteCe o udtrehtac ttlso ie nthaeelr equdeosctuemde nt. 
 CONCLUSION 

 Asm entiaobnoievtndeh a,eb seonfasc pee cpirfiicvi natcaeynr idetn sh fatec oetf he 
stropnrge suomtfph tpeiu obnlr iictg'aohsc t c oejfsu sd irceicaotlrhC deos urh,ta n soc hobiucte 
tuon stehraeel d acteodPf l vaeirMnsotitiofoifnrofA nsp pro(vEaCNlFo. s9 8.1, 0 8".W)h ile 
safegucahridliidnusrgn e dno uabc toambpleiyln ltieanpr gartye osartc ,o ucratns niomtp ly 
sta'tTheic,sa i snev oalc vheiesln dtc;ia rsseee a lAec dh.ii'lanc d a sael,oi nnseo a,ts ufficient 
condtisote iaoBlnr. o"2w 0n2,WL0 8 835a0*t44 5., 
 Thus, for the reasons set forth above, the Court DENIES Plaintiff’s Motion to Seal. 
 An appropriate Order shall issue. 
 Let the Clerk file a copy of this Memorandum Opinion electronically and notify all 
counsel of record. a/ 
 /s/___ 
 David J. Novak 
 United States District J 
Richmond, Virginia 
Date: July 7, 2023 

 15